No. 84–495.  THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS ET AL.  Appeal from C. A. 3d Cir.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 84–248.  PINO *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT'S CHILDREN'S COURT IN AND FOR THE COUNTY OF BERNALILLO.  Appeal from Sup. Ct. N. M.  Motion of Navajo Nation for leave to file a brief as *amicus curiae* granted.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 84–1340.  WYGANT ET AL. *v.* JACKSON BOARD OF EDUCATION ET AL.  C. A. 6th Cir.  Certiorari granted.

No. 84–1321.  NIX, WARDEN *v.* WHITESIDE.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1361.  UNITED STATES *v.* LOUD HAWK ET AL.  C. A. 9th Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1841.  BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU, HAWAII *v.* NAKATA ET AL.  Sup. Ct. Haw.  Certiorari denied.

No. 84–881.  BAKER ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 84–930.  CHEREK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.